UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7016 MRW | Date | March 18, 2022 |
|---|---|---|---|
| Title | Grace Valencerina v. Costco Wholesale Corporation | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

Proceedings:  **ORDER DISMISSING CASE**

The parties filed a stipulation to dismiss this case.  (Docket 20).  This action is dismissed with prejudice.

The status conference set for April 20, 2022, at 9:30 a.m. is vacated and off calendar.

|  | : |  |
|---|---|---|
| Initials of Preparer | vp | |